# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH HARMON | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1302 |
| v. | : | (JUDGE MANNION) |
| IMMIGRATION CUSTOMS ENFORMCEMENT, | : | |
| | : | |
| Respondent | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 8, 2020**
19-1302-01-ORDER